```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38580
   KEITH D MCCREARY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8640

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/18/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.80% from remaining funds.

     The case was paid in full 01/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED            4741.84          .00        4741.84
THRIFT SAVINGS PLAN SVC    SECURED                .00          .00            .00
US BANK NA                 CURRENT MORTG          .00          .00            .00
CHASE BANK N A             UNSECURED       NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED          28294.30         .00        4752.79
DISCOVER FINANCIAL SERVI   UNSECURED          11739.66         .00        1972.00
ROUNDUP FUNDING LLC        UNSECURED          14081.83         .00        2365.42
NATIONAL CAPITAL MGMT LL   UNSECURED           7415.63         .00        1245.65
MBNA CONSUMER SERVICES     UNSECURED       NOT FILED           .00            .00
MBNA                       UNSECURED       NOT FILED           .00            .00
US BANK NA                 MORTGAGE ARRE      796.24           .00         796.24
ROBERT S THOMAS            DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                         902.06
DEBTOR REFUND              REFUND                                        1,213.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  17,989.00

PRIORITY                                              .00
SECURED                                           5,538.08
UNSECURED                                        10,335.86
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                902.06
DEBTOR REFUND                                     1,213.00
                         ---------------       ---------------
TOTALS                   17,989.00                17,989.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 38580 KEITH D MCCREARY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 38580 KEITH D MCCREARY